Pennsylvania Railroad Company v. James L. Titus.— Motion granted. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Salvatore Scognamillo v. Antonio Passarelli and Others.— Motion granted. Question certified. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of Herman L. Roth.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Alexander Potter v. Pictorial Review Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

William S. McCotter v. Jackson Square Realty Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

David H. Gaines v. The City of New York.— Motion granted. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Aurelia M. Burnstine v. Nathan Burnstine.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Isidor Stein v. Clarence P. Whitman and Another.— Motion granted. Question certified. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Central Trust Company v. Fannie H. Gaffney.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

James E. Sanders v. Mary R. Tyssowski.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Mayer Silverman v. Louis Solinsky.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Harry Dupe v. Louis Marx. (2 cases.) — Applications denied. Orders signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Max Beiner v. Louis E. Goetz.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Sarah Bobis v. Warheit Publishing Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Kalman Gratenstein v. Interborough Rapid Transit Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Emil Zimmerman v. Emanuel Rau.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Henry Corn v. Max Mandell.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.